**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-316

SIA CAPITAL OPTIONS FUND LP, a Texas Limited Partnership,

Plaintiff,

v.

BEARCAT ENERGY LLC, a Colorado Limited Liability Company, and
J. KEITH EDWARDS, Individually,

Defendants.

---

# COMPLAINT

---

Plaintiff, SIA Capital Options Fund LP, by and through its counsel, The Johnson Law Firm, for its Complaint, states and alleges as follows:

## I. THE PARTIES

1. Plaintiff SIA Capital Options Fund LP, ("SIA") is a limited partnership, organized under Texas law, having its principal place of business at 601 South Main Street, Suite 209, Grapevine, TX 76051.

2. Defendant Bearcat Energy LLC ("Bearcat") is a limited liability company, organized under Colorado law, having its principal place of business at 1225 17th Street, Suite 2420, Denver, CO 80202.

3. Upon information and belief, Defendant J. Keith Edwards ("Edwards") is an individual who resides at 3500 Belcaro Drive, Denver, CO 80209.

4. Defendant Bearcat may be served with process by serving its registered agent: J. Keith Edwards, 1225 17th Street, Suite 2420, Denver, CO 80202.

5. Upon information and belief, Edwards is the President and sole member of Bearcat.

## II. JURISDICTION AND VENUE

6. Jurisdiction is proper in this court pursuant to 28 U.S.C. § 1332, because the amount in controversy, without interest, costs or attorney fees, exceeds the amount specified by 28 U.S.C. § 1332, and Plaintiff is a citizen of a state different from both Defendants.

7. Venue is proper in the District of Colorado pursuant to 28 U.S.C. § 1391(b) because it is the district in which Defendants reside and transact business, and it is the locale where a substantial part of the events or omissions giving rise to the claims occurred.

## III. FACTUAL BACKGROUND

8. On or about July 2, 2015, Plaintiff, as lender, and Defendants, as borrowers, executed a promissory note (the "Note," attached hereto as Exhibit A).

9. Pursuant to the Note, Plaintiff loaned the Defendants the sum of $600,000.00 with interest at 12% per annum.

10. Pursuant to the Note, Defendants agreed to pay Plaintiff an origination fee in the amount of $10,000.00.

11. Payment of the Note's principal, origination fee and interest was due on or before July 31, 2015.

12. Defendants failed to timely make payment.

13. Defendants' failure to timely pay pursuant to the Note constituted an Event of Default under Section 5.1 of the Note.

14. Pursuant to Section 6 of the Note, Defendants are liable for the Note's principal, origination fee and interest, and for Plaintiff's costs of collection, including attorney fees.

15. On January 13, 2016, undersigned counsel sent a letter to Defendants providing notice of the Event of Default and demanding payment pursuant to Section 6 of the Note for all amounts due under the Note on or before January 18, 2016.

16. Defendants have failed or refused to provide payment.

## IV. FIRST CLAIM FOR RELIEF (BREACH OF CONTRACT)

17. Plaintiff hereby realleges and incorporates by reference the allegations in Paragraphs 1 – 16.

18. Pursuant to the Note's payment terms, Defendants promised to pay Plaintiff the Note's principal, origination fee and interest on or before July 31, 2015.

19. Defendants have failed or refused to pay Plaintiff the Note's principal, origination fee and interest in accordance with the terms of the Note, and thus breached the Note.

20. Defendants' breach of the Note has caused Plaintiff damage in an amount to be determined at trial.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, in an amount to be proven at trial, including the Note's principal, origination fee, pre-judgment and post-judgment interest pursuant to the Note, Plaintiff's attorney fees and costs of collection, and such other and further relief as may be just, proper and allowable.

## V. SECOND CLAIM FOR RELIEF (UNJUST ENRICHMENT)

21. Plaintiff hereby realleges and incorporates by reference the allegations in Paragraphs 1 – 20.

22. Plaintiff is entitled to repayment of the loan's principal, origination fee and interest.

23. Defendants have failed or refused to repay the loan's principal, origination fee and interest to Plaintiff, and have retained those proceeds for themselves and have had use of the proceeds.

24. As a result, Defendants have been unjustly enriched and have benefited at the direct expense of Plaintiff.

25. As between the parties, it would be unjust for Defendants to retain the benefits attained by their actions.

26. As a result of the unjust enrichment of Defendants, Plaintiff has been damaged in an amount to be determined at trial.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, in an amount to be proven at trial, and such other and further relief as may be just, proper and allowable, including its attorney fees, pre-judgment and post-judgment interest, and collection costs.

## VI. THIRD CLAIM FOR RELIEF (Conversion)

27. Plaintiff hereby realleges and incorporates by reference the allegations in

Paragraphs 1 – 26.

28. Defendants have taken funds which were due to Plaintiff as a result of the loan.

29. By taking money due to Plaintiff, and refusing to remit that money to Plaintiff on demand, Defendants acted inconsistently with Plaintiff's ownership of the funds.

30. By acting so inconsistently with Plaintiff's ownership of the funds, Defendants have converted the property of Plaintiff.

31. Defendants' actions have caused Plaintiff damage in an amount to be determined at trial.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, in an amount to be proven at trial, and such other and further relief as may be just, proper and allowable, including its attorney fees, pre-judgment and post-judgment interest, and collection costs.

Dated: February 10, 2016.

Respectfully submitted,

/s/ Lars Johnson
*Lars Johnson*
The Johnson Law Firm
PO Box 10
Eagle, CO 81631
Telephone: 970-688-0436
E-mail: Lars_johnson@me.com
Attorney for Plaintiff SIA Capital Options Fund LP

PLAINTIFF:
SIA Capital Options Fund LP
601 South Main Street, Suite 209
Grapevine, TX 76051