**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-316

SIA CAPITAL OPTIONS FUND LP, a Texas Limited Partnership,

Plaintiff,

v.

BEARCAT ENERGY LLC, a Colorado Limited Liability Company, and
J. KEITH EDWARDS, Individually,

Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

---

Plaintiff, SIA Capital Options Fund LP, by and through its counsel, The Johnson Law Firm, submits this Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) ("Notice"). Defendants Bearcat Energy LLC and J. Keith Edwards have not filed an answer or a motion for summary judgment; accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this Notice is effective to dismiss the instant case without prejudice.

Dated: April 1, 2016.

Respectfully submitted,

/s/ Lars Johnson

*Lars Johnson*
The Johnson Law Firm
PO Box 10
Eagle, CO 81631
Telephone: 970-688-0436
E-mail: Lars_johnson@me.com
Attorney for Plaintiff SIA Capital Options Fund LP

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on April 1, 2016, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

lschluter@lawincolorado.com
kbrannan@lawincolorado.com

/s/ Lars Johnson
Lars Johnson